UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br>v.<br><br>CANTALOUPE SYSTEMS, INC., ET AL.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:11-cv-00015<br><br>JURY TRIAL REQUESTED |

**DECLARATION OF JEFF JOHNSON**

**(In Support EON'S Opening Claim Construction Brief)**

I, Jeff Johnson, am admitted to the Bar of the State of Texas, the Bar of the Eastern District of Texas. I make this declaration in support of EON's Opening Claim Construction Brief. I make this declaration from my own personal knowledge or from the files in this matter kept in the ordinary course of business at the Austin, Texas office of Reed & Scardino LLP, with which I am familiar, which should be apparent from the context of my statements.

1. Attached hereto as Exh. A is a true and correct copy of Cisco, *Cisco Visual Networking Index: Global Mobile Data Traffic Forecast Update, 2010-2015*, 3 (February 1, 2011), http://www.cisco.com/en/US/solutions/collateral/ns341/ns525/ns537/ns705/ns827/ white_ paper _c11-520862.pdf.

2. Attached hereto as Exh. B is a true and correct copy of http://www. comscore.com/Press_Events/Press_Releases/2011/10/Smartphones_and_Tablets_ Drive_Nearly_ 7_Percent_of_Total_U.S._Digital_Traffic.

3. Attached hereto as Exh. C is a true and correct copy of vzbuzz, V*erizon to Offload Some Network Traffic Onto Wi-Fi, LTE Only Devices Possible in 2013* (May 20, 2011),

http://www.vzbuzz.com/2011/05/verizon-to-offload-some-network-traffic-onto-wi-fi-lte-only-devices-possible-in-2013/.

4. Attached hereto as Exh. D is a true and correct copy of National Telecommunications and Information Administration (Aug. 23, 1996) (http://www.its.bldrdoc.gov/fs-1037/dir-029/_4225.htm).

5. Attached hereto as Exh. E is a true and correct copy of HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 799 (6th ed. 1993).

6. Attached hereto as Exh. F is a true and correct copy of GRAHAM LANGLEY, TELEPHONY'S DICTIONARY (2d ed.) 112.

7. Attached hereto as Exh. G is a true and correct copy of U.S. Patent No. 4,520,278.

8. Attached hereto as Exh. H is a true and correct copy of JOHN MARKUS & NEIL SCLATER, MCGRAW-HILL ELECTRONICS DICTIONARY 185 (Steve Chapman et al. eds., 5th ed. 1994).

9. Attached hereto as Exh. I is a true and correct copy of Michael Covington, DICTIONARY OF COMPUTER TERMS 212 (Barron's, 3rd ed. 1992).

10. Attached hereto as Exh. J is a true and correct copy of FABER ON MECHANICS OF PATENT CLAIM DRAFTING § 3:28 (July 2010).

11. Attached hereto as Exh. K is a true and correct copy of HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 228 (11th ed. 1996).

12. Attached hereto as Exh. L is a true and correct copy of BUD BATES, VOICE & DATA COMMUNICATIONS HANDBOOK 189 (1996).

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability. Executed on November 28, 2011, in Austin, Texas.

Jeff Johnson
Attorney, Reed & Scardino LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jeff Johnson*
Jeff Johnson