# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC § | | |
| § | | |
| *Plaintiff,* § | | |
| § | Civil Action No. 6:11-CV-15- | |
| § | LED-JDL | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| SKYGUARD, LLC, ET AL., § | | |
| § | | |
| *Defendants.* § | | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 137). Defendant Novatel Wireless, Inc. ("Novatel") has filed a notice joining a Motion for Partial Summary Judgment of Invalidity on Grounds of Indefiniteness filed in *EON Corp. IP Holdings, LLC v. T-Mobile USA, Inc., et al.,* 6:10-cv-379 (the "'379 action"). *See* (Doc. No. 122). The Court previously adopted Magistrate Judge's identical report in the '379 action. *See* '379 action at (Doc. No. 737) (overruling objections and adopting the Magistrate Judge's R&R (Doc. No. 612)). Neither party has filed objections to the Report. The Court is again of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 27th day of July, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**